UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WENDY ETHRIDGE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:12-CV-05797-KLS<br><br><br>ORDER OF<br>REMAND AND JUDGMENT |

  Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Administrative Law Judge (ALJ) will give Plaintiff an opportunity for a hearing; re-evaluate the medical opinions provided in the case, providing sufficient rationale for the weight given to each; re-evaluate the credibility of Plaintiff's allegations; and further evaluate the residual functional capacity finding.

  The ALJ will make a de novo determination as to disability, and issue a new decision.

Page 1   ORDER OF REMAND AND
         JUDGMENT [3:12-CV-05797-KLS]

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 8th day of January, 2013.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2495
Fax:  (206) 615-2531
erin.highland@ssa.gov

Page 2    ORDER OF REMAND AND
         JUDGMENT [3:12-CV-05797-KLS]