UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WENDY ETHRIDGE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　　　　Defendant. | No.  C12-5797-KLS<br><br>ORDER |

　　　　IT IS HEREBY ORDERED that attorney fees of $4368.38 and expenses for postage in the amount of $17.25 pursuant to the Equal Access to Justice Act,  28 U.S.C. § 2412, and costs for the filing fee in the amount of $350.00, pursuant to 28 U.S.C. § 1920, be awarded to Plaintiff.  If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* _U.S._(2010), payment of this award shall be made to Plaintiff's attorney Schroeter, Goldmark & Bender.

　　　　DATED this 6th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER (C12-5797-KLS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1

2  Presented By:

3  s/ FRANCISCO RODRIGUEZ
   Francisco Rodriguez, WSBA #22881
4  Attorney for Plaintiff
5  P.O. Box 31844
   Seattle, WA  98103
6  Phone:  (206) 414-8894
   Fax:  (206) 629-8975
7  Email:  tr@titorodriguez.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER (C12-5797-KLS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305